# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Samuel David LuQue

# 18CV9071

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Michale R. Hamilton
NSA, Navy, CIA

## COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Personal Safety, My two Son were Kidnapel by
Mike & Team, fourtured,

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Samuel _____ David _____ Luque _____
First Name                Middle Initial        Last Name

Nostrand & Atlantic _____
Street Address

Brokly _____        NY _____        OO _____
County, City              State                 Zip Code

209 947 9692 _____   Manuska004@Gmail.Con _____
Telephone Number           Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Michale   R   Hamilton
_____
First Name                        Last Name

Top   CIA  agent / NSA / Navy Seal / Marine sniper
_____
Current Job Title (or other identifying information)

Kibby Bolive - yosimite 3 gardner
_____
Current Work Address (or other address where defendant may be served)

Mercal              CA                95340
_____
County, City                State                Zip Code

Defendant 2:    _____
First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State                Zip Code

Defendant 3:    _____
First Name                        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State                Zip Code

Defendant 4:

| First Name | Last Name |
|---|---|

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Side of cass Shelter/Phoenix AZ,
Across the Street from #2 FBI

Date(s) of occurrence: Dec 17 ~~Jan~~ Feb-March-June 2018

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Mike H. kidnapped my wife & son took em to Deer valley, in Phoenix AZ across the street from the FBI #, raped my son in the tents by cass shelter beat em up held em hostage at deer valley airport and and killed the FBI # and they tried to blame me for that to, and then later in June starbuck hppy valley, Phoenix they played radio there of my son screaming and that ~~mike~~ was rapping my wife in front of them and ~~said~~ "mike killed mommy" walked out later and then was ~~rode~~ at bus stop #2 fbi and off at vetern building down the Strit and military ~~said~~ Said Mike Shot my Son!

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

10 Trillion, 2 Blk cars on Phantom, Ferraris new, The bodies were there hiding my Son Samuel, and Yehimy Labra-morales (Cornabaca Mexico) the Navy to stop harrassing me and mikes $ Family to Stop setting me up, to have my other Son Nathaniel w/me, unlimited passport internationally,

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

10/3/18

_____
Dated

Samuel        D
_____
First Name        Middle Initial

Atlantic shelter
_____
Street Address

Brooklyn
_____
County, City

209 947 9692
_____
Telephone Number

_____
Plaintiff's Signature

Liowe
_____
Last Name

New York        06
_____
State        Zip Code

Nlanuska.octy@gmail.com  not working
_____
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.